Stephanie M. Grise
Direct T 314.259.4728 F 314.552.4812
sgrise@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

January 18, 2011

James G. Woodward, Clerk
US District Court, Eastern District of Missouri
111 South Tenth Street
St. Louis, MO 63102

Re: **Paul Trading LLC v. William Ryan Woods, et al., Case No. 4:10CV2281 CDP**

Dear Mr. Woodward:

Thank you for sending copies of the order and default judgment entered on January 10, 2011 against Mr. Woods and his related entities. We have forwarded them for his records.

If you need to send any future correspondence to Gateway Trading Group II, LLC, please send it to the company's mailing address of record. AT, Inc. has resigned as registered agent for the company, effective January 17, 2011. Copies of our Secretary of State filings are enclosed for your reference. The Secretary of State correspondence also outlines the administrative dissolution process if another registered agent is not identified within the next ninety days.

Thank you, again, and please feel free to call me with questions.

Respectfully,

Stephanie M. Grise

SMG
Resignation as Registered Agent



# State of Missouri
Robin Carnahan, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

File Number:
LC1050180
Date Filed: 12/17/2010
Robin Carnahan
Secretary of State

### Statement of Resignation of Registered Agent
By a Foreign or Domestic For Profit / Non Profit Corporation or a Limited
Partnership / Limited Liability Limited Partnership
*(Submit with filing fee of $10.00)*

Charter #: LC1050180

1. The name of the business is

   Gateway Trading Group, LLC

2. The street address of the registered office is

   7700 Forsyth Boulevard, Suite 1800

3. The name of the registered agent is

   AT, Inc.

In Affirmation thereof, the facts stated above are true and correct.
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

_____  John Sullivan   12/14/10
Resigning Agent Signature   Printed Name   Date

Name and address to return filed document:

Name: Shannon Kister
Address: 7700 Forsyth Boulevard, Suite 1800
City, State, and Zip Code: St. Louis, MO 63105

State of Missouri
Change/Resignation of Agent 2 Page(s)



T1035116566

John L. Sullivan
Direct # 314-612-1291
jsullivan@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

December 14, 2010

**VIA HAND DELIVERY**

William Ryan Woods
Gateway Trading Group, LLC
165 North Meramec, Suite 400
St. Louis, MO 63105

Re: Resignation as Registered Agent

Dear Ryan:

I am writing this letter to officially notify you that AT, Inc., intends to resign as the registered agent on behalf of Gateway Trading Group, LLC, Gateway Trading Group II, LLC, and Gateway Trading Group III, LLC.

Attached to this letter are copies of the Statements of Resignation of Registered Agent that we are submitting for filing with the Missouri Secretary of State.

I have also enclosed a copy of the civil summons that our office received on December 7, 2010.

Very truly yours,

AT, Inc., registered agent,
by John L. Sullivan, its authorized representative

JLS/smg
cc: James E. Mello
    Curtis C. Calloway, Lewis Rice & Fingersh

Enclosures

ARMSTRONG TEASDALE LLP   7700 FORSYTH BLVD., SUITE 1800, ST. LOUIS, MO 63105  T 314.621.5070  F 314.621.5065   armstrongteasdale.com



Office of the Secretary of State
State of Missouri

ROBIN CARNAHAN     Jefferson City     CORPORATIONS DIVISION
SECRETARY OF STATE     65101     (866) 223-6535 TOLL FREE

### RESIGNATION OF REGISTERED AGENT NOTICE

December 17, 2010

William Ryan Woods
165 North Meramec Suite 400
St Louis MO 63105

RE:    Gateway Trading Group, LLC
        LC1050180

We have received a resignation of registered agent for the above named entity as of the date of this letter. This resignation becomes effective 30 days after the above date. At that time, the Gateway Trading Group, LLC will no longer have a registered agent. You will be administratively dissolved 60 days after the resignation of the agent becomes effective.

To avoid administrative dissolution, you must file the enclosed Statement of Change of Registered Agent and Registered Office form.

Please feel free to contact us at (866) 223-6535 (toll free) if we can be of service.

Secretary of State
Business Services Division
P. O. Box 778
Jefferson City, MO 65102
(866) 223-6535
www.sos.mo.gov

JAMES C. KIRKPATRICK STATE INFORMATION CENTER
600 W. MAIN STREET • PO BOX 778 • JEFFERSON CITY 65102

ADMINISTRATIVE RULES • BUSINESS SERVICES • ELECTIONS • PUBLICATIONS • SECURITIES • STATE ARCHIVES • STATE LIBRARY • WOLFNER LIBRARY



### State of Missouri
Robin Carnahan, Secretary of State

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65101

File Number: LC1055815
Date Filed: 12/17/2010
Robin Carnahan
Secretary of State

**Statement of Resignation of Registered Agent**
**By a Foreign or Domestic For Profit / Non Profit Corporation or a Limited**
**Partnership / Limited Liability Limited Partnership**
*(Submit with filing fee of $10.00)*

Charter #: LC1055815

1. The name of the business is

   Gateway Trading Group II, LLC

2. The street address of the registered office is

   7700 Forsyth Boulevard, Suite 1800

3. The name of the registered agent is

   AT, Inc.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

_____     John Sullivan     12/14/10
Resigning Agent Signature     Printed Name     Date

Name and address to return filed document:
Name: Shunara Kister
Address: 7700 Forsyth Boulevard, Suite 1800
City, State, and Zip Code: St. Louis, MO 63105

State of Missouri
Change/Resignation of Agent 2 Page(s)



T1035116567

John L. Sullivan
Direct 7 314-612-2293
jsullivan@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

December 14, 2010

**VIA HAND DELIVERY**

William Ryan Woods
Gateway Trading Group, LLC
165 North Meramec, Suite 400
St. Louis, MO 63105

Re: Resignation as Registered Agent

Dear Ryan:

I am writing this letter to officially notify you that AT, Inc., intends to resign as the registered agent on behalf of Gateway Trading Group, LLC, Gateway Trading Group II, LLC, and Gateway Trading Group III, LLC.

Attached to this letter are copies of the Statements of Resignation of Registered Agent that we are submitting for filing with the Missouri Secretary of State.

I have also enclosed a copy of the civil summons that our office received on December 7, 2010.

Very truly yours,

AT, Inc., registered agent,
by John L. Sullivan, its authorized representative

JLS/smg
cc: James E. Mello
    Curtis C. Calloway, Lewis Rice & Fingersh

Enclosures



Office of the Secretary of State
State of Missouri

ROBIN CARNAHAN     Jefferson City     CORPORATIONS DIVISION
SECRETARY OF STATE     65101     (866) 223-6535 TOLL FREE

### RESIGNATION OF REGISTERED AGENT NOTICE

December 17, 2010

William Ryan Woods
165 North Meramec Suite 400
St Louis MO 63105

RE:    Gateway Trading Group II, LLC
        LC1055815

We have received a resignation of registered agent for the above named entity as of the date of this letter. This resignation becomes effective 30 days after the above date. At that time, the Gateway Trading Group II, LLC will no longer have a registered agent. You will be administratively dissolved 60 days after the resignation of the agent becomes effective.

To avoid administrative dissolution, you must file the enclosed Statement of Change of Registered Agent and Registered Office form.

Please feel free to contact us at (866) 223-6535 (toll free) if we can be of service.

Secretary of State
Business Services Division
P. O. Box 778
Jefferson City, MO 65102
(866) 223-6535
www.sos.mo.gov

JAMES C. KIRKPATRICK STATE INFORMATION CENTER
600 W. MAIN STREET • PO BOX 778 • JEFFERSON CITY 65102

ADMINISTRATIVE RULES • BUSINESS SERVICES • ELECTIONS • PUBLICATIONS • SECURITIES • STATE ARCHIVES • STATE LIBRARY • WOLFNER LIBRARY



| | File Number: LC1058503 |
| --- | --- |
| **State of Missouri** | Date Filed: 12/17/2010 |
| Robin Carnahan, Secretary of State | Robin Carnahan |
| Corporations Division<br>PO Box 778 / 600 W. Main St., Rm. 322<br>Jefferson City, MO 65102 | Secretary of State |

### Statement of Resignation of Registered Agent
### By a Foreign or Domestic For Profit / Non Profit Corporation or a Limited
### Partnership / Limited Liability Limited Partnership
*(Submit with filing fee of $10.00)*

Charter #: LC1058503

1. The name of the business is

   Gateway Trading Group III, LLC

2. The street address of the registered office is

   7700 Forsyth Boulevard, Suite 1800

3. The name of the registered agent is

   AT, Inc.

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

_____  John Sullivan       12/14/10
*Resigning Agent Signature*   *Printed Name*          *Date*

Name and address to return filed document:

Name: Shannon Kister

Address: 7700 Forsyth Boulevard, Suite 1800

City, State, and Zip Code: St. Louis, MO 63105

State of Missouri
Change/Resignation of Agent 2 Page(s)



11035116568

John L. Sullivan
Direct: F 314.612.2291
jsullivan@armstrongteasdale.com

MISSOURI KANSAS ILLINOIS NEVADA SHANGHAI

December 14, 2010

**VIA HAND DELIVERY**

William Ryan Woods
Gateway Trading Group, LLC
165 North Meramec, Suite 400
St. Louis, MO 63105

Re: Resignation as Registered Agent

Dear Ryan:

I am writing this letter to officially notify you that AT, Inc., intends to resign as the registered agent on behalf of Gateway Trading Group, LLC, Gateway Trading Group II, LLC, and Gateway Trading Group III, LLC.

Attached to this letter are copies of the Statements of Resignation of Registered Agent that we are submitting for filing with the Missouri Secretary of State.

I have also enclosed a copy of the civil summons that our office received on December 7, 2010.

Very truly yours,

AT, Inc., registered agent,
by John L. Sullivan, its authorized representative

JLS/smg
cc: James E. Mello
    Curtis C. Calloway, Lewis Rice & Fingersh

Enclosures

ARMSTRONG TEASDALE LLP   7700 FORSYTH BLVD., SUITE 1800, ST. LOUIS, MO 63105  T 314.621.5070  F 314.621.5065   ArmstrongTeasdale.com



Office of the Secretary of State
State of Missouri
Jefferson City
65101

RODIN CARNAHAN
SECRETARY OF STATE

CORPORATIONS DIVISION
(866) 223-6535 TOLL FREE

### RESIGNATION OF REGISTERED AGENT NOTICE

December 17, 2010

William Ryan Woods
165 North Meramec Suite 400
St. Louis MO 63105

RE:  Gateway Trading Group III, LLC
     LC1058503

We have received a resignation of registered agent for the above named entity as of the date of this letter. This resignation becomes effective 30 days after the above date. At that time, the Gateway Trading Group III, LLC will no longer have a registered agent. You will be administratively dissolved 60 days after the resignation of the agent becomes effective.

To avoid administrative dissolution, you must file the enclosed Statement of Change of Registered Agent and Registered Office form.

Please feel free to contact us at (866) 223-6535 (toll free) if we can be of service.

Secretary of State
Business Services Division
P. O. Box 778
Jefferson City, MO 65102
(866) 223-6535
www.sos.mo.gov

JAMES C. KIRKPATRICK STATE INFORMATION CENTER
600 W. MAIN STREET • PO BOX 778 • JEFFERSON CITY 65102

ADMINISTRATIVE RULES • BUSINESS SERVICES • ELECTIONS • PUBLICATIONS • SECURITIES • STATE ARCHIVES • STATE LIBRARY • WOLFNER LIBRARY

Armstrong Teasdale / Server  Case: 4:10-cv-02281-CDP  Doc. #: 4-2  Filed: 01/18/11  Page: 10 of 10 PageID #: 103